United States District Court

Eastern District of California

Ron Lee,

       Plaintiff,               No. Civ. S 05-1452 FCD PAN P

   vs.                       Order

Stephen Mayburg, et al.,

       Defendants.

                    -oOo-

    Plaintiff seeks leave to proceed in forma pauperis on appeal pursuant to 28 U.S.C. § 1915(a).

    Plaintiff has submitted a declaration showing he is unable to afford the costs of suit.  28 U.S.C. § 1915(a)(1).

    Accordingly, plaintiff's request for leave to proceed in forma pauperis is granted.

    So ordered.

    Dated:  November 22, 2005.

                     /s/ Peter A. Nowinski
                     PETER A. NOWINSKI
                     Magistrate Judge