1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RON LEE,

11            Plaintiff,              No. CIV S-05-1452 FCD PAN P

12      vs.

13   STEPHEN MAYBURG, et al.,

14            Defendants.            ORDER

15   _____/

16         Plaintiff is an individual detained under California's Sexually Violent Predator

17   Act  proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. §

18   1983.

19         The federal venue statute requires that a civil action, other than one based on

20   diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all

21   defendants reside in the same State, (2) a judicial district in which a substantial part of the events

22   or omissions giving rise to the claim occurred, or a substantial part of property that is the subject

23   of the action is situated, or (3) a judicial district in which any defendant may be found, if there is

24   no district in which the action may otherwise be brought."  28 U.S.C. § 1391(b).

25         Plaintiff challenges aspects of civil commitment proceedings commenced against

26   him while he was incarcerated at Chuckawalla Valley State Prison, which is in Riverside County,

1

and continuing through periods of confinement at Atascadero State Hospital, which is in San

Luis Obispo County, and the Los Angeles County Jail, which is in Los Angeles County and

where plaintiff is presently confined.  All of these counties are in the Central District of

California.  Therefore, plaintiff's claim should have been filed in the United States District Court

for the Central District of California.  In the interest of justice, a federal court may transfer a

complaint filed in the wrong district to the correct district.  See 28 U.S.C. § 1406(a); Starnes v.

McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

        Accordingly, IT IS HEREBY ORDERED that:

        1.  Plaintiff's August 1, 2005 motion for stay of state court proceedings, plaintiff's

October 24, 2005 motion for temporary restraining order, and plaintiff's February 17, 2006

motion for appointment of counsel are all denied without prejudice to renewal, as appropriate,

following transfer of this action; and

        2.  This matter is transferred to the United States District Court for the Central

District of California.

DATED:  February 27, 2006.

UNITED STATES MAGISTRATE JUDGE

12
lee1452.22